# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 1:19-CV-02370

BRANDON M DIAZ,

    Plaintiff,

v.

EDMONDS & LOGUE, PC

    Defendant.

---

## ANSWER

---

COMES NOW Defendant, Edmonds & Logue PC, answer the complaint as follows:

### INTRODUCTION

1. To the extent that paragraph 1 states any claim against Defendant, any such allegations are denied.

### JURISDICTION

2. Admit
3. Admit

### PARTIES

4. Admit
5. Admit
6. Admit
7. Admit
8. Admit

## FACTS

9. Admit
10. Admit
11. The letter sent by Defendant to Plaintiff speaks for itself.
12. Deny
13. The letter sent by Defendant to Plaintiff speaks for itself.
14. Deny
15. Defendant does not have information sufficient to admit or deny, and therefore denies.
16. Deny

## COUNT 1

17. To the extent that paragraph 17 states any claim against Defendant, any such allegations are denied.
18. Admit
19. Admit
20. Admit
21. Admit
22. 15 U.S.C. § 1692e speaks for itself.
23. 15 U.S.C. § 1692e speaks for itself.
24. Deny
25. Deny
26. 15 U.S.C. § 1692f speaks for itself.
27. 15 U.S.C. § 1692f speaks for itself.
28. Deny
29. Defendant does not demand a jury trial.

## GENERAL DENIAL

Defendant denies each and every allegation to the Complaint not specifically admitted and further denies that Plaintiff is entitled to the relief sought therein.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a claim upon which relief may be granted.
2. If a violation is found to have occurred, the violation was not intentional and resulted

    from bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

3. If Plaintiff has suffered any damages as alleged in the Complaint, which such damages are denied, Plaintiff has failed to mitigate such damages and any recovery for such damages should be denied.
4. If Plaintiff has suffered any damages as alleged in the Complaint, which such damages are denied, such damages were the result of acts or omissions of third parties not named in this lawsuit and any recovery for such damages should be denied.
5. If Plaintiff has suffered any damages as alleged in the Complaint, which such damages are denied, such damages were the result of acts or omissions of the Plaintiff and any recovery for such damages should be denied.
6. Claims are barred by collateral estoppel.
7. Claims are barred under res judicata.
8. Defendant reserves the right to add additional affirmative defenses as discovery progresses.

    There is obviously no violation of the FDCPA by Edmonds & Logue, PC in this case. This claim is frivolous and is being brought by Plaintiff in bad faith and for the purpose of harassment.

    THEREFORE, Defendant prays that this Court enter judgment in their favor, and award them costs and fees associated with this action, and any further relief the court deems appropriate.

Respectfully Submitted,

Dated: 9/30/19

*/s/* Jeffrey M. Logue\
EDMONDS & LOGUE PC\
Rocky L. Edmonds #46921\
Jeffrey M. Logue #44465\
712A Whalers Way, Bldg A201\
Fort Collins, CO 80525\
970-212-1868\
jeffl@edmondslogue.com

## **Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the preceding **Answer** was served this 30th day of September 2019 by emailing a copy to:

Nathan C. Volheim
nvolheim@sulaimanlaw.com

Taxiarchis Hatzidimitriadis
thatz@sulaimanlaw.com

                                              By: /s/ Katharine A. Critchfield
                                                    Legal Assistant